# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK

Civil Action No.: **21cv-6545**
Date Filed: **08/23/2021**

Plaintiff(s):
**SONIA MCGAFFIGAN**
vs
Defendant(s):
**THE CITY OF ROCHESTER, ET AL.**

STATE OF NEW YORK
COUNTY OF MONROE SS.:

**JENNIFER GORANKOFF KATZ**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of New York.

On 8/30/2021 at 12:29:02 PM, deponent served the within **SUMMONS IN A CIVIL ACTION; VERIFIED COMPLAINT (JURY TRIAL DEMANDED)** on **THE CITY OF ROCHESTER** at **30 CHURCH STREET, ROCHESTER, NY 14614** in the manner indicated below:

By delivering a true copy of each to and leaving with **CRISTOPHER S. NOONE , MUNICIPAL ATTORNEY** who stated he/she is authorized to accept service on behalf of the corporation/government entity.

**Description:**
Gender: **MALE**    Race/Skin: **CAUCASIAN**    Age: **46 - 55 Yrs.**    Weight: **161-200 Lbs.**    Height: **5' 4" - 5' 8"**    Hair: **BLACK**    Glasses: **No**
Other:

Served at following GPS coordinates, Lat: 43.157050 Long: -77.615184

Subscribed and Sworn to before me on 8/31, 2021.

Lisa M. Newfrock
Notary Public, State of New York
No. 01NE6330541
Qualified in Monroe County
Commission Expires 09/14/2023

X
JENNIFER GORANKOFF KATZ
Job #: 100923